WILLIAM GREEN, by EDWARD J. GREEN, his Guardian ad Litem, Respondent, v. METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Green* v. *Metropolitan Street Ry. Co.*, 84 App. Div. 642, affirmed.
(Argued November 18, 1903; decided December 8, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown* and *Henry A. Robinson* for appellant.

*Frank S. Black, Franklin Pierce* and *Abraham Gruber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.